United States District Court
Southern District of Texas
FILED

DEC 31 1991

Jesse E. Clark, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 31 1991

Jesse E. Clark, Clerk
By Deputy:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| ARTURO DANIEL ARANDA, <br> Petitioner <br><br> VS. <br><br> JAMES A. COLLINS, DIRECTOR <br> TEXAS DEPARTMENT OF CRIMINAL <br> JUSTICE, INSTITUTIONAL <br> DIVISION | CIVIL ACTION NUMBER <br><br> V-89-13 |

## ORDER OF DISMISSAL

For the reasons set forth in the Amended Memorandum of even date herewith, the Court is of the opinion that the State's Motion for Summary Judgment should be granted, that the Petition for Writ of Habeas Corpus should be denied, and the Stay of execution imposed by this Court pending review of Petitioner's application should be dissolved. It is, therefore,

ORDERED, ADJUDGED and DECREED that the State's Motion for Summary Judgment is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED, and this cause of action is DISMISSED.

It is further ORDERED, ADJUDGED and DECREED that the Stay of Execution as to Petitioner Arturo Daniel Aranda is DISSOLVED.

The Clerk shall send a copy of this Order of Dismissal to Petitioner, his counsel, and counsel for the Respondent.

DONE on this 31st day of December, 1991, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE

001042

30