IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ARTURO DANIEL ARANDA, | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL NO. 6:89-CV-13 |
| LORIE DAVIS, Director, | § | (Death Penalty Case) |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division, | § | |
| *Respondent*. | § | |

## RESPONDENT DAVIS'S ADVISORY REGARDING STATE COURT RECORDS

Per a request of the Clerk's Office of this Court, Respondent is electronically re-filing the state court records in this case. Owing to the age of the case, Respondent files this advisory to provide context to those records.

Respondent previously provided three sets of state court records to the Court. The first was Petitioner's capital murder case, including the clerk's record, reporter's record,[1] direct appeal record, and state habeas record. The second was Petitioner's brother's capital murder case,[2] including the clerk's record, reporter's record, and direct appeal record. The third and final was

---

[1]    The documents are labeled according to today's nomenclature of "clerk's record" and "reporter's record." At the time these records were generated, they were combined into a single collection of records then known as a "transcript."

[2]    Petitioner's brother Juan Aranda was tried jointly with Petitioner until Petitioner fell ill and their cases were severed.

Petitioner's aggravated rape[3] case,[4] including the clerk's record, reporter's record, direct appeal record, and state habeas record.

To differentiate, Respondent will file these records in three separate docket entries. The following information will also assist the Court in identifying these records from one another:

- **First filing**—Petitioner's capital murder case:
    - **AP-65,450**: File names containing this cause number include the clerk's record, reporter's record, and direct appeal record.
    - **WR-18,014-01**: File names containing this cause number concern attempts to stay execution.
    - **WR-18,014-03**: File names containing this cause include the state habeas record.
- **Second filing**—Petitioner's brother's capital murder case:
    - **04-81-00075-CR**: File names containing this cause number include the clerk's record, reporter's record, and direct appeal record.
- **Third filing**—Petitioner's aggravated rape case:
    - **04-81-00005-CR**: File names containing this cause number include the clerk's record, reporter's record, and direct appeal record.
    - **WR-18,014-02**: File names containing this cause number include the state habeas record.

---

[3] At the time the offense was committed, what is now known as aggravated sexual assault was referred to as aggravated rape.

[4] Petitioner collaterally challenged his aggravated rape conviction, which was presented as punishment evidence by the State in Petitioner's capital murder trial, in state court at the same time he collaterally challenged his capital murder conviction.

2

## CONCLUSION

Respondent respectfully provides this advisory to assist the Court's organization of the state court records.

                              Respectfully submitted,

                              KEN PAXTON
                              Attorney General of Texas

                              JEFFREY C. MATEER
                              First Assistant Attorney General

                              MARK PENLEY
                              Deputy Attorney General
                              For Criminal Justice

                              EDWARD L. MARSHALL
                              Chief, Criminal Appeals Division

                              <u>s/ Matthew Ottoway</u>
                              MATTHEW OTTOWAY
                              Assistant Attorney General
                                  *Counsel of Record*
                              State Bar No. 24047707
                              Southern District Admission No. 892308

                              Post Office Box 12548, Capitol Station
                              Austin, Texas 78711
                              Tel: (512) 936-1400
                              matthew.ottoway@oag.texas.gov

                              *Counsel for Respondent*

## CERTIFICATE OF SERVICE

      I do hereby certify that on June 26, 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

James K. Kearney
WOMBLE BOND DICKINSON (US) LLP
8350 Broad Street, Suite 1500
Tysons, Virginia 22102
James.Kearney@wbd-us.com

                                        s/ Matthew Ottoway
                                        MATTHEW OTTOWAY
                                        Assistant Attorney General