# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 2, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011



Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Arturo Daniel Aranda
v. Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division
No. 22-7301
(Your No. 20-70008)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk